**Order entered July 8, 2015**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00713-CR
No. 05-14-0714-CR
No. 05-14-00715-CR

**MICHAEL DAN ALLEN JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-81546-2013, 366-81547-2013, 366-81548-2013**

## ORDER

On June 5, 2015, this Court ordered appellant to file an amended brief that addressed all three of these appeals rather than just one. On July 6, 2015, appellant tendered an amended brief for each case that raised issues specific to the case. We **ORDER** the appellant's briefs tendered on July 6, 2015 filed as of the date of this order.

The State's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    ADA BROWN
        JUSTICE